UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>Julio Cesar Gutierrez<br>Defendant<br><br>YOB: 2003<br>United States Citizen | Date of Arrest: February 18, 2022<br><br>Magistrate's Case No. 22-1233MJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>Count One<br><br>21 U.S.C. § 841, Possession of a Controlled Substance with Intent to Distribute<br>Count Two |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about February 18, 2022, at or near San Luis, Arizona, within the District of Arizona, the defendant, Julio Cesar Gutierrez, did knowingly and intentionally import 5 kilograms or more of a substance containing a detectable amount of cocaine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a) and (b)(1)(H).

COUNT TWO

On or about February 18, 2022, at or near San Luis, Arizona, within the District of Arizona, the defendant, Julio Cesar Gutierrez, did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a

substance containing a detectable amount of cocaine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

Reviewed by: AUSA Tim Courchaine

*Timothy Courchaine*

_____
David S. Lollar
Special Agent
Homeland Security Investigations

Sworn to before me telephonically on this 22nd day of February, 2022 in Yuma, Arizona.

_____
Honorable James F. Metcalf
United States Magistrate Judge

**STATEMENT OF FACTS**

I, David S. Lollar, being duly sworn do state the following:

On February 18, 2022, at approximately 0340 hours, Julio Cesar GUTIERREZ applied for admission into the United States through the San Luis, Arizona Port of Entry (POE). GUTIERREZ was the driver, and sole occupant of a white 2006 Ford Escape, bearing Arizona, license plate BNA35F. GUTIERREZ presented an Arizona ID (R15173470) bearing his photograph and biographical information as his entry document to Customs and Border Protection Officer (CBPO) Guzman. GUTIERREZ was referred to vehicle secondary for further inspection.

In vehicle secondary, Z-Portal Operator CBPO McMaster notified CBPO Maldonado of anomalies in GUTIERREZ's white Ford Escape. CBPO Thomas and his certified narcotics detection dog (CHNDD) Hunter swept the outside of the Escape. CHNDD Hunter alerted to the rear of the Escape. CBPO Maldonado received a negative customs declaration from GUTIERREZ.

Further inspection of the vehicle revealed 30 packages of Cocaine wrapped in clear plastic wrappings in a non-factory compartment located in the roof of the vehicle. The aggregate weight of the packages totaled 37.67 kilograms (83.04 pounds) of cocaine. The cocaine was field tested by calibrated detection equipment and results returned positive.

During a post-Miranda interview, GUTIERREZ admitted to knowing there were drugs in the vehicle but said that he did not know the type. GUTIERREZ further stated that he knew that it was illegal to transport drugs into the United States and that he was to be paid $5,000.00 upon successful smuggling into the United States.

Based on the foregoing, there is probable cause to believe GUTIERREZ committed the offenses as alleged in the Complaint.

_____
David S. Lollar, Special Agent
Homeland Security Investigations

Sworn to before me telephonically, on this 22nd day of February, 2022, in Yuma, Arizona.

_____
HONORABLE James F. Metcalf
United States Magistrate Judge

## Probable Cause Statement

I, David S. Lollar, declare under penalty of perjury, the following is true and correct:

On February 18, 2022, at approximately 340 hours, Julio Cesar GUTIERREZ applied for admission into the United States through the San Luis, Arizona Port of Entry (POE). GUTIERREZ was the driver, and sole occupant of a white 2006 Ford Escape, bearing Arizona, license plate BNA35F. GUTIERREZ presented an Arizona ID (R15173470) bearing his photograph and biographical information as his entry document to Customs and Border Protection Officer (CBPO) Guzman. GUTIERREZ was referred to vehicle secondary for further inspection.

In vehicle secondary, Z-Portal Operator CBPO McMaster notified CBPO Maldonado of anomalies in a white Ford Escape. CBPO Thomas and his certified narcotics detection dog (CHNDD) Hunter swept the outside of the Escape. CHNDD Hunter alerted to the rear of the Escape. CBPO Maldonado received a negative customs declaration from GUTIERREZ.

Further inspection of the vehicle revealed 30 packages of Cocaine wrapped in clear plastic wrappings in a non-factory compartment located in the roof of the vehicle. The aggregate weight of the packages totaled 37.67 kilograms (83.04) of cocaine. The cocaine was field tested by calibrated detection equipment and results returned positive.

During a post-Miranda interview, GUTIERREZ admitted to knowing there were drugs in the vehicle but said that he did not know the type. GUTIERREZ further stated that he knew that it was illegal to transport drugs into the United States and that he was to be paid $5,000.00 upon successful smuggling into the United States. GUTIERREZ admitted to being given $5,000.00 US dollars in September, 2021 to purchase the Ford Escape for the purpose of smuggling narcotics into the United States. GUTIERREZ knowingly allowed members of a drug trafficking organization to take

possession of the Ford Escape in December, 2021 to make after-market alterations. GUTIERREZ began crossing through the San Luis, AZ Port of Entry regularly in early 2022 using his Ford Escape to establish border crossings to lessen the likelihood of his smuggling attempts being intercepted by US law enforcement. GUTIERREZ stated that he was to be paid $5,000.00 USD upon successful smuggling narcotics into the US on February 18, 2022.

Based on the foregoing, there is probable cause to believe GUTIERREZ committed the offenses as alleged in the Complaint.

Executed on: February 18, 2022    Time: 11:45 a.m.

Signed: _____  2/18/2022

David S. Lollar
Special Agent, Homeland Security Investigations

Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of __3__ page(s), I find probable cause to believe that the defendant(s) named therein committed the offence on the date __February 18, 2022__ in violation of Title 21, United States Code Sections 952, 960 and 841(a).

Finding Made on: Date __2/19/2022__  Time __1040 hrs.__

Signed: _____
James F. Metcalf
United States Magistrate Judge